UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Uniloc Luxembourg S.A., <br><br> Plaintiff, <br><br> v. <br><br> Compulink Business Systems, Inc., et al. <br><br> Defendants. | No. 2:11-cv-10122-MWF (PLAx) <br><br> Order Dismissing Defendant Compulink Business Systems, Inc. <br> [FED. R. CIV. P. 41(a)(1)(A)(ii)] |
| And Related Counterclaim | |

Pursuant to the parties' stipulation, plaintiff's claims against defendant Compulink Business Systems, Inc. ("Compulink") and all Compulink's counter-claims against plaintiff are dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Each party will bear its own costs and attorney fees.

Dated: January 15, 2013

_____
United States District Judge

Order Dismissing Defendant Compulink Business Systems, Inc.   1   Uniloc Luxembourg S.A. v. Compulink
No. 2:11-cv-10122-MWF (PLA)

854131